

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO. -06166

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JENNIFER C. CARIM,

    Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes __✓__ No

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

BY: MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    99 N.E. 4TH STREET
    Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9376
    Fax No. (305) 530-7195
    Bar No. A5500282

DATED  1/31/00