*AO 88 (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**NIGHT BOX FILED**
FEB 1 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

SUMMONS IN A CIVIL ACTION

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

JENIFER C. CARIM
2002 WINNERS CIRCLE
NORTH LAUDERDALE, FL 33068

Case Number: 0 - 06166
CIV - FERGUSON
MAGISTRATE JUDGE
SNOW

TO: *(Name and Address of Defendant)*

> JENIFER C. CARIM
> 2002 WINNERS CIRCLE
> NORTH LAUDERDALE, FL 33068

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

> Mary F. Dooley
> Assistant United States Attorney
> 99 NE 4TH STREET
> 3RD FLOOR
> MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

<u>Clarence Maddox</u> CLERK                FEB 1 2000     DATE

(BY) DEPUTY CLERK