AFFIDAVIT OF SERVICE

Case No: 00-6166 CIV-FERGUSON

TO BE SERVED
JENIFER C. CARIM
2000 WINNERS CIRCLE
NORTH LAUDERDALE, FLORIDA

COURT
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

UNITED STATES OF AMERICA
VS.
JENIFER C. CARIM

WRIT
SUMMONS IN A CIVIL ACTION

SERVED FOR
MARY C. DOOLEY, ESCO

INFORMATION
Court Date :
Court Time :
Witness Fees
Doc. Type : Original
Atty File N.

99 N.E. AND STREET, SUITE 300
MIAMI, FLORIDA 33132

I received this process 03/00/00 at 12:41 PM and it was served 03/17/00 at 7:50 AM
in BROWARD COUNTY, FLORIDA.

On: JENIFER C. CARIM
At: 2000 WINNERS CIRCLE
NORTH LAUDERDALE, FLORIDA

INDIVIDUAL SERVICE:

By delivering to the within named person a copy of this writ, the date
of time of service endorsed by me, and at the same time delivering
to the within named person a copy of the complaint, petition or initial
pleading as furnished by the plaintiff or petitioner.

CORPORATE SERVICE:

I acknowledge that I am a certified process server in the circuit in which the defendant was
served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above
action, am over 18 years of age, that the above affi-
davit is true and correct, and that service was made
in accordance with Rule 1.410(f) Florida R.C.P., and
Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and
Section 320 Fla. Cap.

The foregoing instrument was acknowledged
before me this ___ day of March, 2000
BY DENNIS J. CAPLAN;
who is personally known to me, or who has
produced a ___ D/ ___ as identification
and who DID/DID take an oath.

PROCESS SERVER: DENNIS J. CAPLAN (163)
CAPLAN/MARKOWITZ & KAYE    (305) 374-3426
CPS Number:   757786

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OF RANK

BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
1-800-3-NOTARY  Fla Notary Service & Bonding Co

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### SUMMONS IN A CIVIL ACTION

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL  33132-2111

v.

JENIFER C. CARIM
2002 WINNERS CIRCLE
NORTH LAUDERDALE, FL  33068

Case Number: 00 - 06166

CIV - FERGUSON

MAGISTRATE JUDGE
SNOW

TO: (Name and Address of Defendant)

JENIFER C. CARIM
2002 WINNERS CIRCLE
NORTH LAUDERDALE, FL  33068

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL  33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox CLERK

FEB  1 2000 _____ DATE

(BY) DEPUTY CLERK