UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.: 00-06166-CIV-FERGUSON

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JENIFER C. CARIM

       Defendant.
_____/

### DEFENDANT'S DEFAULT

DEFAULT ENTERED as to defendant, Jenifer C. Carim, on this __27th__ day of __APRIL__, 2000.

                                          Clarence Maddox
                                          COURT ADMINISTRATOR
                                          CLERK OF THE COURT

                            BY: _____
                                          DEPUTY CLERK

