UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2005 NOV 28  AM 8: 26

Case No. 00-06166-CIV-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JENIFER C. CARIM

        Defendant.

_____/

### SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record. Said judgment was duly recorded on May 09, 2000, in the Public Records of Broward County, Florida in Official Records Book 30656, Page 1265.



SATISFACTION OF JUDGMENT AND RELEASE OF LIEN
U.S. v. JENIFER C. CARIM
CASE NO.  00-06166-CIV-FERGUSO

Witness my hand and seal this
18 day of November, A.D. 2005

Signed, Sealed and Delivered in
Presence of:

_Sylvia Acosta_
Sylvia Acosta

_Ann M. Woodruff_
Ann M. Woodruff

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _Karin Wherry_
KARIN D. WHERRY
Assistant United States Attorney
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9016
Fax No.(305) 530-7195

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Disabled User Id, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 18 day of November, A.D. 2005.

_Colleen A. Perez_
Colleen A. Perez
NOTARY PUBLIC, State of Florida

Colleen A. Perez
MY COMMISSION # DD147874 EXPIRES
September 30, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath

2